UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

IN RE:  
    DANNY RAY JACOBS  
    FRANCES LUCAS JACOBS  
    DEBTORS.

CASE NO: 17-71959-JHH-13  
CHAPTER 13

| | | |
|---|---|---|
| US BANK TRUST NATIONAL ASSOCATION | Claim Amount | $4,948.71 |
| RUSHMORE LOAN MANAGEMENT SERVICES | Date Filed | September 15, 2022 |
| P O BOX 55004 | Claim # | 9 |
| IRVINE, CA 92619-2708 | | |

## TRUSTEE'S OBJECTION TO CLAIM

    Comes now C. David Cottingham, Standing Trustee, and objects to the above claim and assigns the following ground:

☐ Said claim is barred by the applicable statute of limitations and therefore claim should be disallowed.

☐ Said Creditor attached wrong PDF and therefore claim should be disallowed.

☒ Said Creditor did not file claim within time allowed per order dated June 14, 2022 (Doc 113), and therefore claim should be disallowed.

☐ Said claim does not appear to be an additional claim, but should be allowed to replace Claim #_____ filed by Attorney for the Debtor(s) on _____, 2016.

☐ Said claim was filed by Debtor(s) Attorney without attachments and is not entitled to secured status.

This the 19th day of September, 2022.

                                          /s/ C. David Cottingham  
                                          C. David Cottingham, Standing Trustee

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the above Objection upon the Attorney for the Debtors, Debtors, and the following parties by mailing a copy of the same with adequate postage thereon or by electronic means when available:

DANNY RAY and FRANCES LUCAS JACOBS, 2311 18TH STREET, NORTHPORT, AL 35476

MARSHALL ENTELISANO, 701 22ND AVENUE, SUITE 2, TUSCALOOSA, AL 35401-1857

US BANK TRUST NATIONAL ASSOCIATION, RUSHMORE LOAN MANAGEMENT SERVICES, P O BOX 55004, IRVINE, CA 92619-2708

This the 19th day of September, 2022.

                                          /s/ C. David Cottingham  
                                          C. David Cottingham, Standing Trustee